IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHERRI JUDISCH,<br><br>             Plaintiff,<br><br>vs.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY; and DOES 1-10,<br><br>             Defendants. | CV 23-57-GF-JTJ<br><br>CV-23-58-GF-JTJ<br>(consolidated case)<br><br><br><br>ORDER |
| TAYLOR JUDISCH,<br><br>             Plaintiff,<br><br>vs.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY; and DOES 1-10,<br><br>             Defendants. | |

Upon the Notice of Settlement (Docs. 26 and 27) and with good cause shown, IT IS HEREBY ORDERED that the parties will file a joint motion to dismiss and proposed order on or before September 6, 2024.  The Settlement Conference set for August 20, 2024 is VACATED.

DATED this 7th day of August, 2024.

_____
John Johnston
United States Magistrate Judge

Case 4:23-cv-00057-JTJ   Document 28   Filed 08/07/24   Page 2 of 2