IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHERRI JUDISCH,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, and DOES 1-10,<br><br>Defendants. | Cause No. CV-23-57-JTJ<br><br>Cause No. CV-23-58-JTJ<br>(Consolidated Case)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| TAYLOR JUDISCH,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, and DOES 1-10,<br><br>Defendants. | |

1

UPON the parties having filed a Joint Motion for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-titled action is dismissed with prejudice. The parties are to each bear their own costs and attorney's fees.

DATED this 9th day of September, 2024.

_____
John Johnston
United States Magistrate Judge